**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
Email: *csanders@BarshaySanders.com*
*Attorneys for Plaintiff*
Our File No.: 108798

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY  GREENE,<br>                    Plaintiff,<br><br>              vs.<br><br>ARS NATIONAL SERVICES, INC.,<br>                    Defendant. | Docket No: 3:15-cv-00940-H-NLS<br><br>**NOTICE OF SETTLEMENT** |

TO THE CLERK:

    PLEASE TAKE NOTICE that the parties have settled this action.

Dispositional documents will be filed within sixty (60) calendar days.

DATED: July 20, 2015

                        **BARSHAY SANDERS, PLLC**

                        By:/s Craig B. Sanders
                        Craig B. Sanders, Esq.
                        BARSHAY SANDERS, PLLC
                        100 Garden City Plaza, Suite 500
                        Garden City, New York 11530
                        Tel: (516) 203-7600
                        Fax: (516) 706-5055
                        *csanders@BarshaySanders.com*
                        *Attorneys for Plaintiff*
                        Our File No.: 108798