# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY GREENE,<br><br>                            Plaintiff,<br>vs.<br><br>ARS NATIONAL SERVICES, INC.,<br>                           Defendant. | CASE NO. 15-CV-940-H (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>**[Doc. No. 9]** |

On August 12, 2015, the parties filed a joint motion to dismiss the action with prejudice. (Doc. No. 9.) The Court, for good cause shown, grants the parties' joint motion and dismisses the action with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party will bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: August 13, 2015

                                                   /s/ Marilyn L. Huff<br>
MARILYN L. HUFF, District Judge<br>
UNITED STATES DISTRICT COURT